**U.S. Department of Justice**

United States Attorney
Southern District of New York

86 Chambers Street, 3rd Floor
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/26/07 AL

DATE: 7/26/07
BY: MMM

July 23, 2007

**BY HAND**

The Honorable Barbara S. Jones
United States District Judge
United States Courthouse
500 Pearl Street, Room 620
New York, New York 10007

 Re: **Altam v. Chertoff**, 07 Civ. 3853 (BSJ)(JCF)

Dear Judge Jones:

 I am the Assistant United States Attorney assigned to represent defendant (the "Government") in this action. I write respectfully to request an adjournment of 30 days of the Government's time to respond to the petition. The petition seeks to have the Government issue a decision concerning petitioner's application for naturalization.

 On July 18, 2007, however, the Government issued its decision, which denied petitioner's application for naturalization. As a result, the petition is moot. The parties anticipate submitting a stipulation of dismissal this week, but the Government's answer to the petition is currently scheduled to be due July 23, 2007. Accordingly, the Government respectfully an adjournment of its time to answer. This is the Government's first request for an adjournment, and petitioner consents to this request.

 Thank you for your consideration of this request.

  Respectfully,

  MICHAEL J. GARCIA
  United States Attorney

 By: _/s/ Daniel P. Filor_
  DANIEL P. FILOR
  Assistant United States Attorney
  Telephone: (212) 637-2726
  Facsimile: (212) 637-2717

cc: Jan Brown, counsel for plaintiff (by facsimile)

*Application granted. The Government's response to the petition is due on or before August 24, 2007.*

SO ORDERED
Dated: 7/27/07
BARBARA S. JONES
U.S.D.J.