UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
YAHYA ALTAM,

             Plaintiff,

  -against-

MICHAEL CHERTOFF, SECRETARY OF
THE DEPARTMENT OF HOMELAND
SECURITY,

             Defendant.
------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

07 CIV 3853 (BSJ) (JCF)

ECF case

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/07

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action by their counsel as follows:

1. The above-entitled action be, and hereby is, dismissed, without costs or attorney's fees to any party; and

2. The parties understand and agree that this stipulation contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: New York, New York
       July 25, 2007

LAW OFFICE OF JAN H. BROWN, PC
Attorney for Plaintiff

*Jan H. Brown*

JAN H. BROWN, ESQ.
225 West 57th Street, Suite 301
New York, New York 10019

Dated: New York, New York  
       July 24, 2007

MICHAEL J. GARCIA  
United States Attorney for the  
Southern District of New York  
Attorney for Defendant

By: *Daniel P. Filor*  
DANIEL P. FILOR  
Assistant United States Attorney  
86 Chambers Street, 3rd Floor  
New York, NY 10007  
Tel. No.: (212) 637-2726

SO ORDERED:

*[signature]*

HONORABLE BARBARA S. JONES  
UNITED STATES DISTRICT JUDGE

7/30/07

2