5UN6J51

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/07 AL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
YAHYA ALTAM,

        Plaintiff,

  -against-

MICHAEL CHERTOFF, SECRETARY OF
THE DEPARTMENT OF HOMELAND
SECURITY,

        Defendant.
-----------------------------------------------------------x

STIPULATION AND ORDER
OF DISMISSAL

07 CIV 3853 (BSJ) (JCF)

ECF case

    IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action by their counsel as follows:

    1.    The above-entitled action be, and hereby is, dismissed, without costs or attorney's fees to any party; and

    2.    The parties understand and agree that this stipulation contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: New York, New York
       July 2_, 2007

LAW OFFICE OF JAN H. BROWN, PC
Attorney for Plaintiff

_____
JAN H. BROWN, ESQ.
225 West 57th Street, Suite 301
New York, New York 10019

Dated: New York, New York
       July 24, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: *Daniel P. Filor*
DANIEL P. FILOR
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No.: (212) 637-2726

SO ORDERED:

*Barbara S. Jones*
HONORABLE BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

8/3/07

2